# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**HECTOR GARCIA,**

CASE NO: **2:20−CV−01309−KJM−DB**

v.

**CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 9/21/2021**

**Keith Holland**
Clerk of Court

ENTERED: **September 21, 2021**

by: /s/ H. Huang
Deputy Clerk