1  ROB BONTA, State Bar No. 202668
   Attorney General of California
2  CHRIS A. KNUDSEN, State Bar No. 155897
   Senior Assistant Attorney General
3  KRISTIN M. DAILY, State Bar No. 186103
   Supervising Deputy Attorney General
4    1300 I Street, Suite 125
     P.O. Box 944255
5    Sacramento, CA 94244-2550
     Telephone:  (916) 210-7903
6    Fax:  (916) 324-5567
     E-mail:  Kristin.Daily@doj.ca.gov
7  *Attorneys for Defendant*
   *California Department of Public Health*
8

9              IN THE UNITED STATES DISTRICT COURT

10             FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

| HECTOR GARCIA,<br><br>                         Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF PUBLIC HEALTH, STATE OF CALIFORNIA,<br><br>                         Defendants. | 2:20-CV-01309-KJM-DB<br><br>**NOTICE OF CHANGE OF ASSIGNED COUNSEL WITHIN THE ATTORNEY GENERAL'S OFFICE** |
|---|---|

20  **TO THE COURT, TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

21      **PLEASE TAKE NOTICE** that the Defendant California Department of Public Health will

22  be represented by different counsel within the Attorney General's Office, replacing Deputy

23  Attorney General Julie Doumit, who was previously assigned to this case.   Effective

24  immediately, please direct all correspondence, communications, pleadings, or other documents or

25  matters involving this case, to:

26  ///

27  ///

28  ///

                                                1

KRISTIN M. DAILY
Supervising Deputy Attorney General
State Bar No. 186103
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7903
Fax: (916) 324-5567
E-mail: Kristin.Daily@doj.ca.gov

Dated: December 1, 2021

Respectfully submitted,

ROB BONTA
Attorney General of California
CHRIS A. KNUDSEN
Senior Assistant Attorney General


/s/ Kristin M. Daily


KRISTIN M. DAILY
Supervising Deputy Attorney General
*Attorneys for Defendant*
*California Department of Public Health*

SA2020302280
35703163.docx

## CERTIFICATE OF SERVICE

Case Name:  **Hector Garcia v. CDPH**          No.   **2:20-CV-01309-KJM-DB**

I hereby certify that on December 1, 2021, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**NOTICE OF CHANGE OF ASSIGNED COUNSEL WITHIN THE ATTORNEY GENERAL'S OFFICE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On December 1, 2021, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Hector Garcia
8249 Rensselaer Way
Sacramento, CA  95826
*Plaintiff, Pro Se*

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on December 1, 2021, at Sacramento, California.

| Marianne Baschiera | *Marianne Baschiera* |
|---|---|
| Declarant | Signature |

SA2020302280
35703483.docx